UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WELLS FARGO FINANCIAL LEASING, INC.,

    Plaintiff,

-vs-                                                Case No. 2:11-cv-19-FtM-29SPC

NCH HEALTHCARE SYSTEM, INC.,

    Defendant.
_____/

**ORDER**

This matter comes before the Court on Third-Party Plaintiff NCH's Unopposed Motion for Extension of Time to Serve Summons (Doc. #45) filed on May 26, 2011. NCH requests additional time to serve its Third-Party Complaint on Third-Party Defendant AXSA Document Solutions, Inc. NCH also requests that the Clerk of Court issue an Alias Summons directed to AXSA. While it is unclear from the language used in NCH's Motion, it appears that it is requesting that the Court hire a private process server to properly effectuate service of process upon Robert P. McDermott, as the Registered Agent for AXSA. (Doc. #45, ¶13). If this request is being made of the Court, it is due to be denied. NCH is responsible for hiring a private process server to effect proper service of the Alias Summons.

Accordingly, it is now

**ORDERED:**

(1)    Third-Party Plaintiff NCH's Unopposed Motion for Extension of Time to Serve Summons (Doc. #45) is **GRANTED in part.**

(2) NCH shall have up to and including **July 29, 2011** to serve a Pluries/Alias Summons upon Third-Party Defendant AXSA.

(3) The Clerk of Court is directed to issue an Alias Summons as to AXSA Document Solutions, Inc., Robert P. McDermott, as Registered Agent.

(4) NCH's request that the Court hire a private process server to properly effectuate service of process on AXSA is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this  31st   day of May, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record